

# Fourth Court of Appeals
## San Antonio, Texas

March 4, 2019

No. 04-18-00831-CV

Michael Thomas **PAUL**,
Appellants

v.

Miguel **LOPEZ**, David Padilla, John Stricklin, Javier Zuniga, and San Antonio Television, LLC,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-2085-CV-A
Honorable Jessica Crawford, Judge Presiding

## O R D E R

On November 14, 2018, the trial court signed a final judgment. Appellant filed a timely notice of appeal. The clerk's record and the reporter's record were initially due in this court on December 28, 2018.

On December 17, 2018, appellant filed a statement of inability to pay court costs in this court. On January 16, 2019, the court reporter filed a contest challenging appellant's statement of inability to pay court costs. On January 22, 2019, we abated this appeal and remanded the case to the trial court to hold an evidentiary hearing on the court reporter's contest. On February 28, 2019, the clerk's record was filed.

The clerk' record shows that the trial court attempted to hold a hearing in accordance with our January 22, 2019 order. The clerk's record contains (1) the trial court's notice setting a hearing, (2) the reporter's record from the hearing, and (3) the trial court's findings of fact and conclusions of law. The trial court's findings of fact and conclusions of law state that appellant received notice of the hearing but failed to appear and that because appellant presented no evidence at the evidentiary hearing appellant is not indigent.

We, therefore, ORDER appellant to provide written proof to this court **on or before March 15, 2019**, that the reporter's fee has been paid or arrangements have been made to pay the reporter's fee. If appellant fails to respond within the time provided, appellant's brief will be due **on or before April 5, 2019**, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____

Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of March, 2019.

_____

KEITH E. HOTTLE,
Clerk of Court